MICHAEL J. LOGRASSO et al., Respondents, v CITY OF TONAWANDA et al., Appellants. (Appeal No. 2.) [929 NYS2d 895]—

Same memorandum as in *LoGrasso v City of Tonawanda* (87 AD3d 1390 [2011]). Present—Centra, J.P., Fahey, Sconiers, Green and Martoche, JJ.